# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 1, 2016

### NO. 03-15-00705-CV

**Appellant, Ashlie Koenig// Cross-Appellant, Brian Blaylock**

**v.**

**Appellee, Brian Blaylock// Cross-Appellee, Ashlie Koenig**

**APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
REVERSED AND RENDERED IN PART; REMANDED IN PART –
OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on September 25, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment, renders judgment granting Blaylock's Rule 91a motion to dismiss and entitlement to attorney's fees and costs incurred in filing the motion, and remands this cause for a determination of the amount of attorney's fees and costs to be awarded to Blaylock. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.